**Motion Granted; Appeal Reinstated; Order filed October 11, 2018.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-17-00919-CR

————————

**CHASE RAMON CHATMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Cause No. 1472875**

## ORDER

On August 30, 2018, this court issued an order abating the appeal and directing the trial court to conduct a hearing to determine whether appellant has retained Michael McLane to represent him on appeal and to consider Kevin P. Keating's motion to withdraw as counsel. On October 5, 2018, the trial court filed a record of the hearing in which the trial court found appellant wants to pursue his appeal, and is represented by retained counsel Michael McLane. The trial court further permitted Kevin P. Keating to withdraw as appellant's counsel.

Accordingly, Michael McLane's motion to substitute is granted and the appeal is reinstated. Appellant's brief is due on or before **November 12, 2018**.

PER CURIAM